Form 148 – ntcdsmcs

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.: 18–15016–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
  Barbara A. Klitchko
  108 Sage Trail
  Mullica Hill, NJ 08062

Social Security No.:
  xxx–xx–2347

Employer's Tax I.D. No.:

## NOTICE OF ORDER DISMISSING CASE

  NOTICE IS HEREBY GIVEN that an Order Dismissing the above captioned Case was entered on 2/24/20.

  Any discharge which was granted in this case is vacated. All outstanding fees to the Court incurred by the dismissed debtor(s) are due and owing and must be paid within five (5) days from the date of this Order.

  This dismissal may mean that the debtor is ineligible to file another bankruptcy petition for 180 days under 11 U.S.C. § 109(g).

Dated: February 24, 2020
JAN: kvr

Jeanne Naughton
Clerk

```
                          United States Bankruptcy Court
                                District of New Jersey

In re:                                                        Case No. 18-15016-JNP
Barbara A. Klitchko                                           Chapter 13
       Debtor
                              CERTIFICATE OF NOTICE
District/off: 0312-1          User: admin              Page 1 of 2              Date Rcvd: Feb 24, 2020
                              Form ID: 148             Total Noticed: 40


Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on
Feb 26, 2020.
db             #+Barbara A. Klitchko,    108 Sage Trail,    Mullica Hill, NJ 08062-2010
cr              +Finance of America Reverse LLC c/o Celink,    3900 Capital City Blvd,    Lansing, MI 48906-2147
517390175       +Barbara Belanger,    1 Madison Street.,    Logan Township, NJ 08085-1531
517387875       +Celink,   PO Box 40724,    Lansing, MI 48901-7924
518603469        Finance of America Reverse LLC,,    c/o Celink,   3900 Capital City Blvd,
                 Lansing, Michigan 48906-2147
518299785       +Finance of America Reverse, LLC,    P.O. Box 40724,    Lansing, MI 48901-7924
517387884       +Gatestone & Co. International, Inc.,     1000 N. West Street, Suite 1200,
                 Wilmington, DE 19801-1058
518603468        PLUESE, BECKER & SALTZMAN, LLC,     20000 Horizon Way, Suite 900,    Mt. Laurel, NJ 08054-4318
517476051       +Toyota Lease Trust,    c/o Toyota Motor Credit Corporation,    PO Box 9013,
                 Addison, Texas 75001-9013
517387892       +United Collection Bureau,    5620 Southwyck Blvd, Suite 206,    Toledo, OH 43614-1501

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
smg              E-mail/Text: usanj.njbankr@usdoj.gov Feb 25 2020 00:26:09     U.S. Attorney,    970 Broad St.,
                 Room 502,   Rodino Federal Bldg.,    Newark, NJ  07102-2534
smg             +E-mail/Text: ustpregion03.ne.ecf@usdoj.gov Feb 25 2020 00:26:04     United States Trustee,
                 Office of the United States Trustee,    1085 Raymond Blvd.,   One Newark Center,    Suite 2100,
                 Newark, NJ 07102-5235
517387872       +EDI: URSI.COM Feb 25 2020 04:48:00      Alltran Financial,    PO Box 722929,
                 Houston, TX 77272-2929
517387874       +EDI: AMEREXPR.COM Feb 25 2020 04:48:00      American Express,    PO Box 981535,
                 El Paso, TX 79998-1535
517387873        EDI: AMEREXPR.COM Feb 25 2020 04:48:00      American Express,    PO Box 297858,
                 Ft. Lauderdale, FL 33329-7858
517431709        EDI: BECKLEE.COM Feb 25 2020 04:48:00      American Express National Bank,
                 c/o Becket and Lee LLP,    PO Box 3001,   Malvern  PA 19355-0701
517387876       +EDI: CHASE.COM Feb 25 2020 04:48:00      Chase Bank,   PO Box 15298,    Wilmington, DE 19850-5298
517387877       +EDI: CITICORP.COM Feb 25 2020 04:48:00      Citibank,    PO Box 6500,
                 Sioux Falls, SD 57117-6500
517387878       +EDI: CITICORP.COM Feb 25 2020 04:48:00      Citibank,    PO Box 6286,
                 Sioux Falls, SD 57117-6286
517387879       +EDI: WFNNB.COM Feb 25 2020 04:48:00      Comenity Bank,   Bankruptcy Department,    PO Box 182125,
                 Columbus, OH 43218-2125
517387880        EDI: WFNNB.COM Feb 25 2020 04:48:00      Comenity Capital Bank,    Bankruptcy Department,
                 PO Box 183043,    Columbus, OH 43218-3043
517548321       +EDI: WFNNB.COM Feb 25 2020 04:48:00      Comenity Capital Bank/Paypal Credit,
                 c/o Weinstein & Riley, PS,    2001 Western Ave., Ste 400,    Seattle, WA 98121-3132
517387881        E-mail/PDF: DellBKNotifications@resurgent.com Feb 25 2020 00:34:16     Dell Financial Services,
                 C/O DFS Customer Care Dept.,    PO Box 81577,    Austin, TX 78708-1577
517387882       +E-mail/Text: egssupportservices@alorica.com Feb 25 2020 00:26:16     EGS Financial Care, Inc.,
                 4740 Baxter Road,    Virginia Beach, VA 23462-4484
517387883       +EDI: FSAE.COM Feb 25 2020 04:48:00      Firstsource Advantage,    205 Bryant Woods South,
                 Amherst, NY 14228-3609
517387885       +EDI: HFC.COM Feb 25 2020 04:48:00      HSBC Finance Corp.,    452 Fifth Avenue,
                 New York, NY 10018-2706
517543072        E-mail/PDF: resurgentbknotifications@resurgent.com Feb 25 2020 00:33:47
                 LVNV Funding, LLC its successors and assigns as,     assignee of Citibank, N.A.,
                 Resurgent Capital Services,    PO Box 10587,    Greenville, SC 29603-0587
517387886       +EDI: RMSC.COM Feb 25 2020 04:48:00      PayPal Credit,    PO Box 5138,    Timonium, MD 21094-5138
517536461        EDI: Q3G.COM Feb 25 2020 04:48:00      Quantum3 Group LLC as agent for,    Comenity Capital Bank,
                 PO Box 788,    Kirkland, WA  98083-0788
517522383        EDI: Q3G.COM Feb 25 2020 04:48:00      Quantum3 Group LLC as agent for,    MOMA Funding LLC,
                 PO Box 788,    Kirkland, WA  98083-0788
518139613       +E-mail/Text: bncmail@w-legal.com Feb 25 2020 00:26:16     SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121,
                 SYNCHRONY BANK,    C/O WEINSTEIN & RILEY, PS 98121-3132
518139612       +E-mail/Text: bncmail@w-legal.com Feb 25 2020 00:26:16     SYNCHRONY BANK,
                 C/O WEINSTEIN & RILEY, PS,    2001 WESTERN AVENUE, STE 400,    SEATTLE, WA 98121-3132
517387887       +EDI: SEARS.COM Feb 25 2020 04:48:00      Sears Credit Cards,    PO Box 6282,
                 Sioux Falls, SD 57117-6282
517387888       +E-mail/Text: jennifer.chacon@spservicing.com Feb 25 2020 00:27:04
                 Select Portfolio Servicing,    Attn: Bankruptcy Dept.,    PO Box 65250,
                 Salt Lake City, UT 84165-0250
517387889       +E-mail/PDF: clerical@simmassociates.com Feb 25 2020 00:34:49     Simm Associates, Inc.,
                 PO Box 7526,    Newark, DE 19714-7526
517387890       +EDI: RMSC.COM Feb 25 2020 04:48:00      Synchrony Bank,    Attn: Bankruptcy Dept.,
                 PO Box 965060,    Orlando, FL 32896-5060
517391495       +EDI: RMSC.COM Feb 25 2020 04:48:00      Synchrony Bank,    c/o of PRA Receivables Management, LLC,
                 PO Box 41021,    Norfolk, VA 23541-1021
517387891        EDI: TFSR.COM Feb 25 2020 04:48:00      Toyota Financial Services,    Bankruptcy Dept.,
                 PO Box 8026,    Cedar Rapids, IA 52409
```

```
District/off: 0312-1           User: admin              Page 2 of 2              Date Rcvd: Feb 24, 2020
                               Form ID: 148             Total Noticed: 40

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center
(continued)
517484870         EDI: WFFC.COM Feb 25 2020 04:48:00     Wells Fargo Bank, N.A.,    PO Box 10438, MAC F8235-02F,
                   Des Moines, IA 50306-0438
517387893        +EDI: WFFC.COM Feb 25 2020 04:48:00     Wells Fargo Financial National Bank,    7000 Vista Drive,
                   West Des Moines, IA 50266-9310
                                                                                                TOTAL: 30

             ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
517543066*      ++DELL FINANCIAL SERVICES,    P O BOX 81577,    AUSTIN TX 78708-1577
                 (address filed with court: Dell Financial Services, LLC,    Resurgent Capital Services,
                   PO Box 10390,    Greenville, SC 29603-0390)
                                                                                 TOTALS: 0, * 1, ## 0
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update.
While the notice was still deliverable, the notice recipient was advised to update its address with the court
immediately.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Feb 26, 2020                                        Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on February 24, 2020 at the address(es) listed below:
```
              Denise E. Carlon    on behalf of Creditor    Toyota Lease Trust dcarlon@kmllawgroup.com,
               bkgroup@kmllawgroup.com
              Isabel C. Balboa    on behalf of Trustee Isabel C. Balboa ecfmail@standingtrustee.com,
               summarymail@standingtrustee.com
              Isabel C. Balboa    ecfmail@standingtrustee.com,    summarymail@standingtrustee.com
              Jill T. Bryan    on behalf of Debtor Barbara A. Klitchko jtb.assistant1@verizon.net
              Robert P. Saltzman    on behalf of Creditor    Finance of America Reverse LLC c/o Celink
               dnj@pbslaw.org
              U.S. Trustee    USTPRegion03.NE.ECF@usdoj.gov
                                                                                                TOTAL: 6
```